UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARCUS ANTHONY MICOLO,**

    Petitioner,

v.                                Case No: 5:25-cv-642-WFJ-PRL

**WARDEN, FCC COLEMAN-MEDIUM,**

    Respondent.
_____

**ORDER**

Petitioner initiated this case on October 14, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The Court issued an Order (Doc. 5) requiring Petitioner to either pay the filing fee or file a fully completed Application to Proceed In Forma Pauperis and Financial Certificate on or before November 12, 2025. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2025.

                                                WILLIAM F. JUNG
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party